UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT DEREK LURCH, JR.,

                Plaintiff,

    -v-                                9:19-CV-895

AARON JONES *et al*.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                  OF COUNSEL:

Robert Derek Lurch, Jr.
Plaintiff, Pro Se
4412001916
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

HON. LETITIA JAMES                      MARK G. MITCHELL, ESQ.
New York State Attorney General        Ass't Attorney General
Attorneys for Defendants
The Capitol
Albany, NY 12224

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Robert Derek Lurch, Jr. ("plaintiff") filed this action alleging that

defendants violated his civil rights while he was in the custody of the New York State

Department of Corrections and Community Supervision.  On December 8, 2020, U.S.

Magistrate Judge Daniel J. Stewart advised by Report & Recommendation that defendants'

motion for summary judgment be granted and that plaintiff's amended complaint be dismissed.  Dkt. No. 59.  Plaintiff has not filed an objection.

Upon review for clear error, the Report & Recommendation is accepted and adopted in all respects.  See FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1.  Defendants' motion for summary judgment is GRANTED; and

2.  Plaintiff's amended complaint is DISMISSED.

The Clerk of the Court is directed to serve a copy of this Decision and Order upon plaintiff in accordance with the Local Rules.

IT IS SO ORDERED.


Dated: February 4, 2021
       Utica, New York.

United States District Judge